IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>[1] DAVID VALLE-VEGA,<br>[2] URIEL CRUZ-RIVERA,<br>Defendants. | <u>INFORMATION</u><br><br>Crim. No. 25-cr-071 (ADC)<br><br>Violation:<br><br>18 U.S.C. § 1348 |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
(Securities Fraud)
Title 18, <u>United States Code</u>, Section 1348

In or about June 2020 and through in or about January 2021, in the District of Puerto Rico and within the jurisdiction of this Court,

DAVID VALLE-VEGA, and
URIEL CRUZ-RIVERA

the defendants herein, aided and abetted by each other and others known and unknown to the Government, did knowingly and willfully execute, and attempt to execute, a scheme and artifice (1) to defraud a person in connection with a commodity and security for future delivery, that is a foreign currency future; and (2) to obtain, by means of false and fraudulent pretenses, representations, and promises, money and property in connection with the purchase and sale of a commodity and security for future delivery, that is a foreign currency future.

Scheme and Artifice

The purpose of the scheme and artifice was for the defendants to induce individuals to invest in a company, DJR Capital, LLC, and obtain money by means of materially false and fraudulent pretenses, representations, and promises. Defendants marketed DJR Capital, LLC as a company that was investing in Forex, or Foreign Exchange Market. Defendants failed to use investors'

INFORMATION
*United States v. David Valle-Vega, et. al.*
Page 2 of 2

---

money as promised and misappropriated and converted investors' money for their personal benefit.

The total loss amount is calculated to be approximately $5,330,979.00.

All in violation of Title 18, United States Code, Section 1348 and 2.

W. STEPHEN MULDROW
United States Attorney

SETH ERBE
*Digitally signed by SETH ERBE*
*Date: 2024.09.24 13:38:32 -04'00'*

Seth Erbe
Assistant U.S. Attorney
Chief, Financial Fraud & Public Corruption

SCOTT ANDERSON
*Digitally signed by SCOTT ANDERSON*
*Date: 2024.09.16 13:40:49 -04'00'*

Scott Anderson
Assistant U.S. Attorney